HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
ERIN SNIDER, OR SBN #116342
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
ERIC SPENCER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No. 6:14-mj-00110-MJS-1 |
| vs. | ) | REQUEST FOR RULE 43 WAIVER AND TELEPHONIC APPEARANCE; ORDER |
| ERIC SPENCER, | ) | DATE:   October 6, 2015 |
| Defendant. | ) | TIME:    10:00 a.m. |
| | ) | JUDGE:  Hon. Michael J. Seng |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Defendant Eric Spencer, having been advised of his right to be personally present at all stages of the proceedings, hereby requests that this Court permit him to appear via telephone at the October 6, 2015 hearing.  Defendant agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this Court allow his attorney-in-fact to represent his interests at all times.  Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of his appearance at said time and place.

Defendant lives in Merced, California, and is currently unemployed.  He is unable to find transportation to Yosemite for the October 6, 2015 hearing.

/ / /

| | | |
|---|---|---|
| 1 | DATED:  October 5, 2015 | */s/ Eric Spencer* |
| 2 | | Eric Spencer |
| 3 | DATED:  October 5, 2015 | */s/ Erin Snider* |
| | | Erin Snider |
| 4 | | Assistant Federal Defender |
| | | Attorney for Defendant |
| 5 | | Eric Spencer |

**O R D E R**

GOOD CAUSE APPEARING, the proposed Rule 43 waiver of defendant's personal appearance in case No 1:14-mj-110-MJS is hereby DENIED.

IT IS SO ORDERED.

Dated:   October 6, 2015                    /s/ *Michael J. Seng*
                                             UNITED STATES MAGISTRATE JUDGE