Susan St. Vincent
Yosemite Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

**FILED**

SEP 20 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | DOCKET NO. 6:14-mj-00110-MJS |
| Plaintiff, | |
| v. | **AFFIDAVIT OF ALLEGED PROBATION VIOLATION(S)** |
| ERIC JONATHAN SPENCER, | |
| Defendant. | |

I, Susan St. Vincent, Legal Officer for Yosemite National Park state the following is true and correct to the best of my knowledge and belief.

I am the acting legal officer in Yosemite National Park and serve as the prosecutor for misdemeanor matters arising in the park. I have been so employed for seven years.

In the normal course of my duties, I and other individuals acting in a similar capacity, in my office regularly conduct probation status reviews for defendants on court probation with the District Court in Yosemite.

In the normal course of my duties, I learned that defendant Eric Jonathan SPENCER has failed to obey all laws, failed to notify the Court or legal office of new violations, and has failed to provide proof of community service.

As the legal officer, I am aware that Eric Jonathan Spencer, was charged with

1

1 being present in a park area while under the influence of alcohol to a degree that may
2 endanger oneself or another person, in violation of Title 36 Code of Federal Regulations
3 § 2.35(c). SPENCER plead guilty to the charge of being under the influence of alcohol to
4 a degree that may endanger oneself or another person on October 28, 2014, and was
5 sentenced to pay a $250 fine at a rate of $25 per month, obey all laws, report all new
6 violations of the law to the Yosemite Legal Office, and serve twelve months of
7 unsupervised probation. On September 16, 2015, the Yosemite Legal Office filed a
8 Notice of Probation Violation(s) alleging SPENCER failed to pay fines, failed to report the
9 new violations, and failed to obey all laws. On October 20, 2015, SPENCER admitted to
10 charges one and two, and the third charge was dismissed at the request of the
11 government, SPENCER was sentenced to an additional 12 months of unsupervised
12 probation, the prior conditions were re-imposed, and SPENSER was ordered to
13 complete 25 hours of community service within the first six months of the probationary
14 period. SPENSER was also sentenced to 10 days in custody, which was suspended for
15 the duration of probation. The government alleges SPENCER has violated the following
16 condition(s) of his unsupervised probation:

17     CHARGE ONE:    FAILURE TO OBEY ALL LAWS

18     SPENCER was ordered to obey all laws. On May 20, 2016, SPENSER was
19 arrested in Merced, CA, for violation of the California Penal Code §459, felony second
20 degree burglary.

21     CHARGE TWO:    FAILURE TO REPORT NEW VIOLATION

22     SPENSER was ordered to report any new violations or law enforcement contact
23 to the Court and Legal Office within seven days of the incident. On May 20, 2016,
24 SPENSER was arrested in Merced, CA, for violation of the California Penal Code §459,
25 felony second degree burglary. The Yosemite Legal Office learned of these arrests on
26 August 1, 2016 through his attorney.

27     CHARGE THREE:  FAILURE TO COMPLETE COMMUNITY SERVICE
28     SPENSER was ordered to perform 25 hours of community service within the first

1 | six months of his probationary period. To date SPENSER has not submitted proof of
2 | completing 0 hours of community service.
3 |     I declare under penalty of perjury the information which I have set forth above and
4 | on the face of this Affidavit of Alleged Probation(s) is true to the best of my knowledge.

9/19/16
Date

Susan St. Vincent
Legal Officer
Yosemite National Park, CA

Sworn to before me and subscribed in my presence in Yosemite National Park, California.

9/19/16
Date

Honorable Michael J. Seng
U. S. Magistrate Judge
Eastern District of California

3