Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ERIC JONATHAN SPENCER,<br><br>　　　　Defendant. | No.  6:14-mj-0110-MJS<br><br>**MOTION TO WITHDRAW ALLEGATION OF PROBATION VIOLATION; AND ORDER THEREON** |

　　The United States, by and through it representative, legal officer Susan St. Vincent, hereby moves to withdraw the Statement of Alleged Probation Violation and requests an order thereon.  The Statement of Alleged Probation violation was signed by this Court and filed on September 9, 2016.  The government does not believe it can prove jurisdiction for the probation violations.  Additionally, the government requests the court vacate the review hearing currently scheduled for January 24, 2017.

.

　　Dated:  January 23, 2017　　　　NATIONAL PARK SERVICE


　　　　　　　　　　　　　　　　　　　 /S/ Susan St. Vincent
　　　　　　　　　　　　　　　　　　　Susan St. Vincent
　　　　　　　　　　　　　　　　　　　Legal Officer

1

## **ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced probation violation in the matter of, *United States v. Spencer* 6:14-mj-0110-MJS, be withdrawn and the review hearing set for January 24, 2017 be vacated.

IT IS SO ORDERED.

Dated:   January 23, 2017           /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE